[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12973

Non-Argument Calendar

_____

RICHARD ALTMAN WHITE,

                                        Plaintiff-Appellant,

*versus*

AARON ABROMOVITZ,
c.f.o.,
GEORGIA POWER,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                     Opinion of the Court                    23-12973

D.C. Docket No. 1:23-cv-02961-VMC

_____

Before JORDAN, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Richard White, proceeding *pro se*, appeals the district court's July 17, 2023, final order and judgment. The statutory time limit required him to file a notice of appeal on or before August 16, 2023, 30 days after the district court entered its judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, he did not file the notice of appeal until September 7, 2023, and thus, it cannot invoke our jurisdiction. *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.